# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY EVA ALEC,<br><br>    Plaintiff,<br><br>v.<br><br>    Defendants.<br>COUNTY OF CALAVERAS, a municipality,<br>CALAVERAS COUNTY SHERIFF'S<br>DEPARTMENT; GARY KUNTZ,<br>individually and in his official capacity as<br>CALVERAS COUNTY SHERRIFF;<br>MICHELLE BUSBY, individually, and<br>DOES ONE through Twenty-FIVE, inclusive, | 1:11-cv-01385 AWI GSA<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED TO CALAVERAS COUNTY SUPERIOR COURT** |

    On May 27, 2011, Plaintiff filed a civil rights action in the Calaveras County Superior Court. (Doc. 1 at pg. 7). On August 18, 2011, Defendants, County of Calaveras and Gary Kuntz removed the action to this Court.[1] (Doc. 1).

    Pursuant to 28 U.S.C. § 1446(b), removal of an action is required within thirty days of

---

[1] Defendants allege that Calaveras County and Calaveras County Sheriff's Department and were erroneously named in this action. (Doc. 1 at pg. 1).

1

1  service of the pleading.  28 U.S.C. § 1446(b).  In this case, Defendants' Notice of Removal
2  indicates that they filed their answers on August 17, 2011 and that removal is timely.  Doc. 1 at
3  pg. 16-20).  However, the removal documents do not indicate the date the pleading was actually
4  served which is the determinative date for purposes of removal.  It is Defendants burden to
5  establish that removal is proper.  Therefore, no later than **November 14, 2011 at 4:00 pm**,
6  Defendants shall show cause why this case should not be remanded to the Calaveras County
7  Superior court by filing documents establishing that service of the complaint occurred within the
8  thirty day period prior to the removal of this action.

9           IT IS SO ORDERED.

10          Dated:    **November 9, 2011**                    **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE

2