# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY EVA ALEC,<br><br>    Plaintiff,<br><br>v.<br><br>    Defendants.<br>COUNTY OF CALAVERAS, a municipality,<br>CALAVERAS COUNTY SHERIFF'S<br>DEPARTMENT; GARY KUNTZ,<br>individually and in his official capacity as<br>CALVERAS COUNTY SHERRIFF;<br>MICHELLE BUSBY, individually, and<br>DOES ONE through Twenty-FIVE, inclusive, | 1:11-cv-01385 AWI GSA<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED TO CALAVERAS COUNTY SUPERIOR COURT** |

On May 27, 2011, Plaintiff filed a civil rights action in the Calaveras County Superior Court. (Doc. 1 at pg. 7). On August 18, 2011, Defendants, County of Calaveras and Gary Kuntz removed the action to this Court. [1] (Doc. 1).

Pursuant to 28 U.S.C. § 1446(b), removal of an action is required within thirty days of

---

[1] Defendants allege that Calaveras County and Calaveras County Sheriff's Department and were erroneously named in this action. (Doc. 1 at pg. 1).

1

service of the pleading. 28 U.S.C. § 1446(b). In this case, Defendants' Notice of Removal indicates that they filed their answers on August 17, 2011 and that removal is timely. Doc. 1 at pg. 16-20). However, the removal documents do not indicate the date the pleading was actually served which is the determinative date for purposes of removal. It is Defendants burden to establish that removal is proper. Therefore, no later than **November 14, 2011 at 4:00 pm**, Defendants shall show cause why this case should not be remanded to the Calaveras County Superior court by filing documents establishing that service of the complaint occurred within the thirty day period prior to the removal of this action.

IT IS SO ORDERED.

Dated:   **November 9, 2011**              /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

2