# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY EVA ALEC,<br><br>        Plaintiff,<br><br>   v.<br><br>        Defendants.<br>COUNTY OF CALAVERAS, a municipality,<br>CALAVERAS COUNTY SHERIFF'S<br>DEPARTMENT; GARY KUNTZ,<br>individually and in his official capacity as<br>CALVERAS COUNTY SHERRIFF;<br>MICHELLE BUSBY, individually, and<br>DOES ONE through Twenty-FIVE, inclusive, | 1:11-cv-01385 AWI GSA<br><br>**ORDER VACATING OSC REGARDING WHY THIS CASE SHOULD NOT BE REMANDED TO CALAVERAS COUNTY SUPERIOR COURT**<br><br>(Doc. 11) |

On May 27, 2011, Plaintiff filed a civil rights action in the Calaveras County Superior Court. (Doc. 1 at pg. 7). On August 18, 2011, Defendants, County of Calaveras and Gary Kuntz ("Defendants") removed the action to this Court.[1] (Doc. 1).

On November 9, 2011, this Court issued an Order to Show Cause Why the Case Should

---

[1] Defendants allege that Calaveras County and Calaveras County Sheriff's Department and were erroneously named in this action. (Doc. 1 at pg. 1).

1

1  not be Remanded to Calaveras County Superior Court because the date of service of the
2  complaint was unclear from Defendants' removal documents.  Defendants have shown sufficient
3  proof of service. (Doc. 13 at pgs. 5-10). As such,  the Court takes judicial notice that these
4  Defendants were served on July 20, 2012, which is within thirty days of the date this action was
5  removed to this Court.  Accordingly, the Order to Show Cause issued on November 9, 2011
6  (Doc. 11) is hereby discharged.

    IT IS SO ORDERED.

    Dated:   **November 15, 2011**                    **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE