UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY EVA ALEC,<br><br>   Plaintiff,<br><br> v.<br><br>   Defendants.<br><br>COUNTY OF CALAVERAS, a municipality,<br>CALAVERAS COUNTY SHERIFF'S<br>DEPARTMENT; GARY KUNTZ,<br>individually and in his official capacity as<br>CALVERAS COUNTY SHERRIFF;<br>MICHELLE BUSBY, individually, and<br>DOES ONE through Twenty-FIVE, inclusive, | 1:11-cv-01385 AWI GSA<br><br>**ORDER TO SHOW CAUSE WHY<br>SUMMONS AND COMPLAINT HAVE<br>NOT BEEN SERVED IN COMPLIANCE<br>WITH RULE 4 OF THE FEDERAL<br>RULES OF CIVIL PROCEDURE** |

  On May 27, 2011, Plaintiff filed a civil rights action in the Calaveras County Superior Court (Doc. 1 at pg. 7). On August 18, 2011, Defendants, County of Calaveras and Gary Kuntz removed the action to this Court.[1] (Doc. 1).

  To date, Plaintiff has filed no documents to show proof of service of the summons and

---

[1] Defendants allege that Calaveras County and Calaveras County Sheriff's Department and were erroneously named in this action. (Doc. 1 at pg. 1).

1

complaint on Defendant Michelle Busby, nor has Michelle usby appeared in this action. Therefore, Plaintiff has not established she has complied with Rule 4(l) and (m) of the Federal Rules of Civil Procedure with regard to this Defendant.

## DISCUSSION

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

More than 120 days have elapsed since Plaintiff filed the summons and complaint in this action. **Thus, this Court ORDERS Plaintiff, no later than November 30, 2011, to show cause in writing** why Plaintiff has failed to file documents to show proof of service of the summons and complaint on the aforementioned Defendant in compliance with Rule 4 (l) and (m) of the Federal Rules of Civil Procedure. **Plaintiff is advised that this Court will recommend dismissal of this action with regard to Michelle Busby if Plaintiff fails to comply with this Order and to show good cause for her failure to file proof of service of the summons and complaint on this Defendant.** In the alternative, Plaintiff may file the appropriate dismissal documents with regard to this Defendant in response to this Order to Show Cause.

IT IS SO ORDERED.

Dated:  **November 15, 2011**                                      **/s/ Gary S. Austin**
                                                                                         UNITED STATES MAGISTRATE JUDGE