# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY EVA ALEC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>　　　　Defendants.<br><br>COUNTY OF CALAVERAS, a municipality, CALAVERAS COUNTY SHERIFF'S DEPARTMENT; GARY KUNTZ, individually and in his official capacity as CALVERAS COUNTY SHERRIFF; MICHELLE BUSBY, individually, and DOES ONE through Twenty-FIVE, inclusive, | 1:11-cv-01385 AWI GSA<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**ORDER DISMISSING DEFENDANT MICHELLE BUSBY**<br><br>(Doc. 15, 19) |

　　　　On May 27, 2011, Plaintiff filed a civil rights action in the Calaveras County Superior Court (Doc. 1 at pg. 7). On August 18, 2011, Defendants, County of Calaveras and Gary Kuntz removed the action to this Court.[1] (Doc. 1). On November 15, 2011, this Court issued an Order to Show Cause Why Defendant Michelle Busby had not been served with the complaint. (Doc.

---

[1] Defendants allege that Calaveras County and Calaveras County Sheriff's Department and were erroneously named in this action. (Doc. 1 at pg. 1).

1

1 | 15).

2 |     In response to the Order to Show Cause, Plaintiff filed a request that Defendant Michelle
3 | Busby be dismissed from this action. (Doc. 19).  Accordingly, Michelle Busby is dismissed
4 | from this action pursuant to Fed. R. Civ. P. 41(a)(2).  The Order to Show Cause is hereby
5 | DISCHARGED.  The Clerk of the Court is directed to terminate Michelle Busby from this
6 | action.

9 |     IT IS SO ORDERED.

10 |     Dated:   **December 1, 2011**              /s/ **Gary S. Austin**
                                                                                UNITED STATES MAGISTRATE JUDGE