UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY EVA ALEC,<br><br>    Plaintiff,<br><br>v.<br><br>    Defendants.<br><br>COUNTY OF CALAVERAS, a municipality,<br>CALAVERAS COUNTY SHERIFF'S<br>DEPARTMENT; GARY KUNTZ,<br>individually and in his official capacity as<br>CALVERAS COUNTY SHERRIFF;<br>MICHELLE BUSBY, individually, and<br>DOES ONE through Twenty-FIVE, inclusive, | 1:11-cv-01385 AWI GSA<br><br>**ORDER DISCHARGING ORDER<br>TO SHOW CAUSE**<br><br>**ORDER DISMISSING DEFENDANT<br>MICHELLE BUSBY**<br><br>(Doc. 15, 19) |

    On May 27, 2011, Plaintiff filed a civil rights action in the Calaveras County Superior Court (Doc. 1 at pg. 7). On August 18, 2011, Defendants, County of Calaveras and Gary Kuntz removed the action to this Court.[1] (Doc. 1). On November 15, 2011, this Court issued an Order to Show Cause Why Defendant Michelle Busby had not been served with the complaint. (Doc.

---

[1] Defendants allege that Calaveras County and Calaveras County Sheriff's Department and were erroneously named in this action. (Doc. 1 at pg. 1).

15).

In response to the Order to Show Cause, Plaintiff filed a request that Defendant Michelle Busby be dismissed from this action. (Doc. 19).  Accordingly, Michelle Busby is dismissed from this action pursuant to Fed. R. Civ. P. 41(a)(2).  The Order to Show Cause is hereby DISCHARGED.  The Clerk of the Court is directed to terminate Michelle Busby from this action.

IT IS SO ORDERED.

Dated:   **December 1, 2011**          /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE