Jeffrey A. Silvia, Esq. - SBN 121065
Law Offices of Jeffrey A. Silvia
2800 March Lane, Suite 410
Stockton, CA 95219
Telephone: (209) 956-9396
Facsimile: (209) 956-9399

Michael F. Babitzke, Esq. - SBN 50048
Michael F. Babitzke, Inc.
6 South El Dorado Street, Suite 305
Stockton, California 95202
Telephone: (209) 465-5722
Facsimile: (209) 465-0714

Attorneys for Plaintiff,
Mandy Eva Louise Alec

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY EVA LOUISE ALEC,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF CALAVERAS, ET AL<br><br>    Defendants.<br>_____/ | CASE NO.  1:11-CV-01385<br><br>**ORDER RELIEVING COUNSEL OF RECORD FOR PLAINTIFF** |

The above entitled matter came on for hearing on May 25, 2012.  Michael F. Babitzke, Jeff Silvia, Peter Whipple, counsel for Plaintiff, and defense counsel Michael Woods all appeared by telephone.  Plaintiff Mandy Alec was personally present.

For good cause shown, attorneys Michael F. Babitzke and Jeff Silvia were relieved as attorneys of record for Plaintiff.  The Court continued the matter until June 29, 2012,  at 9:30 a.m., to allow for Peter Whipple to file his own motion to be relieved as attorney of record for Plaintiff.

Further, the Court advised Plaintiff that it recommends she obtain substitute legal representation as soon as possible, and that she provide a copy of the scheduling order

1

to new counsel.  The Court also indicated that, if necessary, it would entertain modification to the scheduling order in the future.

IT IS SO ORDERED.

Dated: __May 30, 2012__                  ___/s/ Gary S. Austin___
                                         UNITED STATES MAGISTRATE JUDGE

2