Jeffrey A. Silvia, Esq. - SBN 121065
Law Offices of Jeffrey A. Silvia
2800 March Lane, Suite 410
Stockton, CA 95219
Telephone: (209) 956-9396
Facsimile: (209) 956-9399

Michael F. Babitzke, Esq. - SBN 50048
Michael F. Babitzke, Inc.
6 South El Dorado Street, Suite 305
Stockton, California 95202
Telephone: (209) 465-5722
Facsimile: (209) 465-0714

Attorneys for Plaintiff,
Mandy Eva Louise Alec

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MANDY EVA LOUISE ALEC,                    CASE NO.   1:11-CV-01385

        Plaintiff,

vs.                                       **ORDER RELIEVING COUNSEL OF**
                                          **RECORD FOR PLAINTIFF**
COUNTY OF CALAVERAS, ET AL

        Defendants.

_____/

     The above entitled matter came on for hearing on May 25, 2012.  Michael F.

Babitzke, Jeff Silvia, Peter Whipple, counsel for Plaintiff, and defense counsel Michael

Woods all appeared by telephone.  Plaintiff Mandy Alec was personally present.

     For good cause shown, attorneys Michael F. Babitzke and Jeff Silvia were

relieved as attorneys of record for Plaintiff.  The Court continued the matter until June

29, 2012,  at 9:30 a.m., to allow for Peter Whipple to file his own motion to be relieved

as attorney of record for Plaintiff.

     Further, the Court advised Plaintiff that it recommends she obtain substitute legal

representation as soon as possible, and that she provide a copy of the scheduling order

1

1   to new counsel.  The Court also indicated that, if necessary, it would entertain

2   modification to the scheduling order in the future.

3

4        IT IS SO ORDERED.

5        **Dated:**   **May 30, 2012**                     **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2