Michael G. Woods, #58683
Deborah A. Byron, #105327
Christina C. Tillman, #258627
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
5 River Park Place East
Fresno, California 93720-1501
Telephone:	(559) 433-1300
Facsimile:	(559) 433-2300

Attorneys for COUNTY OF CALAVERAS, erroneously sued herein as CALAVERAS COUNTY and CALAVERAS COUNTY SHERIFF'S DEPARTMENT; GARY KUNTZ, individually and in his official capacity as Sheriff of Calaveras County

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MANDY EVA LOUISE ALEC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF CALAVERAS, a municipality; CALAVERAS COUNTY SHERIFF'S DEPARTMENT, GARY KUNTZ, individually and in his official capacity as CALAVERAS COUNTY SHERIFF; MICHELLE BUSBY, individually; and DOES ONE through TWENTY-FIVE, inclusive,<br><br>　　　　　Defendants. | Case No. 1:11-CV-01385<br><br>**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER**<br><br>Judge:　Magistrate Judge Gary S. Austin<br><br><br>Trial Date:　　8/13/13 |

It is stipulated by the parties herein that due to the withdrawal of the attorneys previously representing plaintiff and because plaintiff has requested an extension of the deadlines set forth in the Scheduling Order (Document No. 9), the parties respectfully request and stipulate that the Scheduling Order be amended to extend the deadlines as follows: Non-Expert Discovery: October 31, 2012; Expert Disclosure: January 1, 2013; Supplemental Expert Disclosure:

February 14, 2013; Expert Discovery:  April 2, 1013.  Motion deadlines:  Non-Dispositive Motions Filed by April 15, 2013; Dispositive Motions Filed by May 1, 2013; .  The trial date of August 13, 2013 and Pre-trial Conference of June 27, 2013 will remain unchanged.

Dated:  July 3, 2012                         McCORMICK, BARSTOW, SHEPPARD,
                                             WAYTE & CARRUTH LLP


                                   By:_____/s/ Michael G. Woods_____
                                             Michael G. Woods
                                   Attorneys for COUNTY OF CALAVERAS,
                                   erroneously sued  herein as CALAVERAS
                                   COUNTY and CALAVERAS COUNTY
                                   SHERIFF'S DEPARTMENT; GARY KUNTZ,
                                   individually and in his official capacity as Sheriff of
                                             Calaveras County

Dated:  July 3, 2012

                                   By: _____/s/ Mandy Eva Louise Alec_____
                                        Plaintiff  MANDY EVA LOUISE ALEC,
                                                  *Pro Se*

### ORDER

Based upon the stipulation of the parties and good cause appearing therefor, the Scheduling Order (Document 9) is amended to reflect the following amended deadline dates:

  Non-Expert Discovery:  October 31, 2012
  Expert Disclosure:  January 1, 2013
  Supplemental Expert Disclosure:  February 14, 2013
  Expert Discovery:  April 2, 1013
  Motion deadlines:
      Non-Dispositive Motions Filed by April 15, 2013
      Dispositive Motions Filed by May 1, 2013

The Pre-Trial Conference and Trial dates remain unchanged.


IT IS SO ORDERED.

---
STIPULATION TO AMEND SCHEDULING ORDER AND PROPOSED ORDER

Dated:  **July 12, 2012**                           **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

---

STIPULATION TO AMEND SCHEDULING ORDER AND PROPOSED ORDER