Michael G. Woods, #58683
Deborah A. Byron, #105327
Christina C. Tillman, #258627
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
5 River Park Place East
Fresno, California 93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for COUNTY OF CALAVERAS,
erroneously sued  herein as CALAVERAS
COUNTY and CALAVERAS COUNTY
SHERIFF'S DEPARTMENT; GARY KUNTZ,
individually and in his official capacity as Sheriff
of Calaveras County

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MANDY EVA LOUISE ALEC, | Case No. 1:11-CV-01385 |
| Plaintiff, | **STIPULATION TO AMEND SCHEDULING ORDER AND ORDER** |
| v. | Judge:   Magistrate Judge Gary S. Austin |
| COUNTY OF CALAVERAS,  a municipality; CALAVERAS COUNTY SHERIFF'S DEPARTMENT, GARY KUNTZ, individually and in his official capacity as CALAVERAS COUNTY SHERIFF; MICHELLE BUSBY, individually; and DOES ONE through TWENTY-FIVE, inclusive, | Trial Date:        8/13/13 |
| Defendants. | |

It is stipulated  by the parties herein that due to the withdrawal of the attorneys previously representing plaintiff and because plaintiff has requested an extension of the  deadlines  set forth in the Scheduling Order (Document No. 9), the parties respectfully request and stipulate that the Scheduling Order be amended to extend   the deadlines as follows:   Non-Expert Discovery: October 31, 2012; Expert Disclosure:   January 1, 2013; Supplemental Expert Disclosure:

February 14, 2013; Expert Discovery:   April 2, 1013.   Motion deadlines:   Non-Dispositive

Motions Filed by April 15, 2013; Dispositive Motions Filed by May 1, 2013; .   The trial date of

August 13, 2013 and Pre-trial Conference of June 27, 2013 will remain unchanged.

Dated:  July 3, 2012                                         McCORMICK, BARSTOW, SHEPPARD,
                                                                            WAYTE & CARRUTH LLP


By:_____/s/ Michael G. Woods_____
                    Michael G. Woods
            Attorneys for COUNTY OF CALAVERAS,
            erroneously sued  herein as CALAVERAS
            COUNTY and CALAVERAS COUNTY
            SHERIFF'S DEPARTMENT; GARY KUNTZ,
            individually and in his official capacity as Sheriff of
            Calaveras County


Dated:  July 3, 2012


By: _____/s/ Mandy Eva Louise Alec_____
            Plaintiff  MANDY EVA LOUISE ALEC,
                            *Pro Se*


## <u>ORDER</u>

    Based upon the stipulation of the parties and good cause appearing therefor, the

Scheduling Order (Document 9) is amended to reflect the following amended deadline dates:


    Non-Expert Discovery:  October 31, 2012
    Expert Disclosure:  January 1, 2013
    Supplemental Expert Disclosure:  February 14, 2013
    Expert Discovery:  April 2, 1013
    Motion deadlines:
            Non-Dispositive Motions Filed by April 15, 2013
            Dispositive Motions Filed by May 1, 2013

    The Pre-Trial Conference and Trial dates remain unchanged.


IT IS SO ORDERED.

Dated:   **July 12, 2012**                                   **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE