# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY EVA ALEC, | 1:11-cv-1385-GSA |
| Plaintiff, | |
| v. | ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT NO LATER THAN MAY 24, 2013 |
| CALAVERAS COUNTY, a municipality, CALAVERAS COUNTY SHERIFF'S DEPARTMENT, GARY KUNTZ, individually and in his official capacity as CALAVERAS COUNTY SHERIFF, MICHELLE BUSBY, individually and DOES ONE through TWENTY-FIVE inclusive, | |
| | ORDER VACATING APRIL 26, 2013 HEARING |
| Defendants. | (Doc. 37) |

Defendants, County of Calaveras, (erroneously sued as Calaveras County), Calaveras County Sheriff's Department, Gary Kuntz, individually and in his official capacity as Sheriff of Calaveras County (collectively "Defendants") filed a Motion for Summary Judgment on March 15, 2013. (Doc. 35). Defendants properly noticed the motion. The hearing on the motion was scheduled for April 26, 2013 at 9:30 a.m. Pursuant to Local Rule 230 (c) Plaintiff was required to file an opposition or a statement of non-opposition to the motion no less than fourteen (14) days prior to the hearing. *See*, Local Rule 230 (c). In other words, Plaintiff was required to file a response no later than **April 12, 2013.** To date, Plaintiff has failed to do so.

Accordingly, no later than **May 24, 2013**, Plaintiff must file an opposition or a statement of non-opposition to Defendants' Motion for Summary Judgment. Defendants shall file any

1  optional reply to Plaintiff's filing no later than **June 7, 2013.**  Because the briefing in this matter
2  is incomplete, the motion is not ripe for review and the hearing set for April 26, 2013 at 9:30
3  a.m. is VACATED.  The Court will set this matter for a hearing if it deems it necessary after the
4  briefing is completed.

5   *Plaintiff is advised that if she fails to comply with this order, this action will be*
6  *dismissed, with prejudice, for failure to obey the Court's order and failure to prosecute.*

8       IT IS SO ORDERED.

9       Dated:   **April 17, 2013**                     /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE